UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT

2·24·2025

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:23-cr-68-MMH-SJH

HARRY JAMES BUTLER

## NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS

The United States of America, by and through its undersigned Assistant United States Attorney, states as follows:

### A.   MAXIMUM PENALTIES

The defendant has expressed a desire to enter a plea of guilty to the offense charged in Count One of the Indictment. Count One charges the defendant with Threat to Injure in violation of 18 U.S.C. § 875(c). Count One carries a maximum sentence of five (5) years imprisonment, a fine of up to $250,000, or both a term of imprisonment and a fine, a term of supervised release of up to three (3) years, and a special assessment of $100, said special assessment to be due on the date of sentencing. A violation of the terms and conditions of supervised release carries a maximum sentence of two (2) years of imprisonment, as well as the possibility of an additional term of supervised release.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as outlined in the Indictment.

### B.   ELEMENTS OF THE OFFENSE

The elements of an offense in violation of Title 18, United States Code, Section 875(c) are:

First:   The defendant knowingly sent a message in interstate commerce containing a true threat to injure the person of another; and

Second:   The defendant sent the message with the intent to communicate a true threat or with reckless disregard of the fact that it would be viewed as a true threat.

### C.   PERSONALIZATION OF ELEMENTS

1.   Do you admit that you placed a phone call, which traveled in interstate commerce, to a former congressperson and threatened to kill the former congressperson's daughters on or about December 12, 2023?

2.   Do you admit that you knowingly communicated the threat to kill the former congressperson's daughters with the intent to communicate a true threat or with reckless disregard of the fact that it would be viewed as a true threat?

### D.   FACTUAL BASIS

On December 12, 2023, Harry James Butler called a former congressperson at approximately 8:15 AM (EST) and threatened to kill the congressperson's daughters. The call lasted 14 seconds. Butler placed the call from his home in Washington. The congressperson received the call from a restricted number while at home in Putnam County, Florida.

2

After investigation of the incident began, the FBI contacted Butler and he admitted he made the threatening call. Butler admitted he googled the congressperson's phone number and placed the call for the purpose of scaring the congressperson. Butler's phone records revealed that he placed five other calls to political members in the months before calling the congressperson. When asked about these calls, Butler initially denied making them. He eventually admitted that if the calls came from his phone number, then he placed them, and that he may have said something to those political members like "You are a fucking piece of shit," "fuck you," or "I will kick your ass."

ROGER B. HANDBERG
United States Attorney

By: *Kelly S. Milliron*

KELLY S. MILLIRON
Assistant United States Attorney
Florida Bar No. 1018917
300 North Hogan Street, Ste 700
Jacksonville, Florida  32202
Telephone:  (904) 301-6300
Facsimile:  (904) 301-6310
E-mail: Kelly.Milliron@usdoj.gov

**U.S. v. HARRY JAMES BUTLER**        **Case No. 3:23-cr-68-MMH-SJH**

### CERTIFICATE OF SERVICE

I hereby certify that on ~~January~~ February 24, 2025, I filed the foregoing with the

Clerk of the Court in open court and previously delivered a true and correct

copy to the following:

Lisa Call, Esq.
Federal Public Defender

KELLY S. MILLIRON
Assistant United States Attorney

4